# United States Court of Appeals
## For the First Circuit

No. 24-1634

ROBERT P. CONLON, Personal Representative of the Estate of
Michael Conlon; BETSY A. CONLON, Personal Representative of the
Estate of Michael Conlon,

Plaintiffs, Appellants,

v.

FRANCIS SCALTRETO, Officer, Newton Police Department; RICHARD
BENES, Officer, Newton Police Department; GLENN CHISHOLM,
Sergeant, Newton Police Department; DENNIS DOWLING, Captain,
Newton Police Department; CHRISTOPHER MARZILLI, Captain, Newton
Police Department; CITY OF NEWTON,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on October 22, 2025, is amended as follows:

On page 20, line 2, omit "presently"

On page 22, line 19, replace "see" with "<u>see</u>"

On page 34 of the dissent, line 21, replace "metal" with "mental"